In the Matter of the Accounting of EDWARD C. BRITCHER, as Committee of JAMES CARROLL, an Incompetent Person, Respondent; MARY BARTH et al., Appellants.

Argued January 15, 1942; decided March 5, 1942.

*Philip L. Zenner* for appellants.

*John F. Nash* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: DESMOND, J.